James C. Holland, #134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff High Tech Pet Products, Inc., a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., a California Corporation, | ) Case No. 1:13-cv-00242-AWI-MJS |
| | ) |
| Plaintiff, | ) DECLARATION OF PLAINTIFF'S COUNSEL ) RE CASE STATUS, REQUEST TO ) CONTINUE SCHEDULING CONFERENCE; |
| vs. | ) PROPOSED ORDER CONTINUING ) SCHEDULING CONFERENCE; ORDER |
| SHENZHEN JIANFENG ELECTRONIC PET PRODUCT CO., LTD; HONGMING TANG; VELLY WEI; DOES 1-20, | ) ) ) Date: May 16, 2013 |
| | ) Time: 112:00 a.m. ) Ctrm: 6 |
| Defendants. | ) Hon. Michael J. Seng |

I, James C. Holland, declare that as counsel of record for Plaintiff High Tech Pet Products, Inc., I have personal knowledge of the file and litigation herein, and on that basis, of the following.

1. I am informed that service was effectuated upon Defendant Shenzhen Jianfeng Electronic Pet Product Co., Ltd. and one of the two individual Defendants. I have received incomplete documentation of these services of process. As soon as I receive the complete documentation of these services of process, I will file same with the Court.

2. I have not received any communication, in any form, from any of the Defendants or any attorney purporting to represent any of them. I thereupon believe it likely that the Defendants upon whom service has been effectuated, will default.

3. As a result of the foregoing, I request that the Scheduling Conference now set May 16,

1

1   2013 at 11:00 am be continued or set over for a period of approximately 45 to 60 days.

2   Dated: May 14, 2013                                    /s/ James C. Holland
                                                           James C. Holland, Attorney for Plaintiff
3                                                          HIGH TECH PET PRODUCTS, INC.

4

5                                        ORDER

6          Good cause appearing, the above ex parte  request is grantd and the Scheduling

7   Conference in case number  1:13-cv-00242-AWI-MJS is continued from May 16, 2013 until

8   1:00 p.m. , Thursday, July 25, 2013, in Fresno Courtroom 6 before U.S. Magistrate Judge

9    Michael J. Seng.

10

11

12
    IT IS SO ORDERED.
13
    Dated:    May 15, 2013                       ____ /s/ Michael J. Seng
14                                               UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28