James C. Holland, #134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff High Tech Pet Products, Inc., a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHENZHEN JIANFENG ELECTRONIC PET PRODUCT CO., LTD; HONGMING TANG; VELLY WEI; DOES 1-20, <br><br> Defendants. | Case No. 1:13-cv-00242-AWI-MJS <br><br> DECLARATION OF PLAINTIFF'S COUNSEL RE CASE STATUS, REQUEST TO VACATE SCHEDULING CONFERENCE AND SET STATUS CONFERENCE RE MOTION FOR DEFAULT JUDGMENT <br><br> Date: July 25, 2013 <br> Time: 1:00 p.m. <br> Ctrm: 6 <br> Hon. Michael J. Seng |

I, James C. Holland, declare that as counsel of record for Plaintiff High Tech Pet Products, Inc., I have personal knowledge of the file and litigation herein, and on that basis, of the following.

1. Certificates of service have been filed for Defendants Shenzhen Jianfeng Electronic Pet Product Co., Ltd. and Velly Wei. Requests for entry of default have also been filed for each of these two defendants, since the time for their Responses has passed.

2. Plaintiff has also filed for voluntary dismissal of the remaining, third, defendant, Hongming Tang.

3. Based on the foregoing, the only remaining event that appears appropriate is to bring a motion for default judgment as to the two defendants that have defaulted.

4. I therefore request that the Court vacate the Scheduling Conference that is currently

1

1  set, and set a follow-up status conference date such as will allow Plaintiff to file and have heard,

2  a motion for default judgment.

3       I declare under penalty of perjury pursuant to the laws of the United States of America

4  that I have personal knowledge of the foregoing and that it is true and correct.

5  Dated: July 23, 2013                      /s/ James C. Holland
                                                James C. Holland, Attorney for Plaintiff

6                                                    HIGH TECH PET PRODUCTS, INC.

7  **ORDER**

8

9       The Scheduling Conference set for July 25, 2013 is vacated and a Status Conference is

10  now set September 19, 2013 at 11:30 a.m. before Magistrate Judge Michael J. Seng in

11  Courtroom 6 (MJS), Fresno, CA.

12

13  IT IS SO ORDERED.

14  Dated:   July 23, 2013                     /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28