# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HIGH TECH PET PRODUCTS, INC.,**

      **Plaintiff,**

**v.**                                        **Case No:   6:14-cv-759-Orl-22TBS**

**SHENZHEN JIANFENG ELECTRONIC PET PRODUCT CO., LTD. and VELLY WEI,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on Motion for Award of Attorneys' Fees and Costs (Doc. No. 61) filed on March 31, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed April 2, 2015 (Doc. No. 62), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Motion for Award of Attorneys' Fees and Costs is hereby GRANTED.

3.      The Clerk is directed to enter Judgment for Plaintiff High Tech Pet Products, Inc. and against Defendants Shenzhen Jianfeng Electronic Pet Product Co., Ltd. and Velly Wei, jointly and severally, in the amount of $11,086.00 for attorney's fees and costs.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties